IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv042-WHA |
| ) | |
| ERIC MOORMAN ) | |

## **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge entered on November 15, 2006 (Doc. #8), the court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that the Defendant's Motion to Vacate Pursuant to 28 U.S.C. § 2255 is DENIED.  Final Judgment will be entered accordingly.

DONE this 4th day of December, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE